# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2467

_____

EXPRESS FINANCIAL FLORIDA
LLC d/b/a CHEETAH CHECK
CASHING and OLENA LEUNOVA,

    Appellants,

    v.

THE STATE OF FLORIDA, OFFICE
OF FINANCIAL REGULATION,

    Appellee.

_____

On appeal from the Office of Financial Regulation.
Russell C. Weigel, Commissioner.

November 14, 2025

PER CURIAM.

    AFFIRMED.

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Mark V. Murray of the Law Office of Mark V. Murray, Tallahassee, and George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison, for Appellants.

George C. Bedell III, Chief Counsel, Administrative and Civil Litigation, Tallahassee, for Appellee.